Mary Ader, Individually and as Administratrix of the Estate of Morris Ader, Deceased, et al., Respondents, *v.* Sam Pollman et al., Appellants.

Submitted November 18, 1946; decided November 27, 1946.

Motion by appellants for reargument of motion to dismiss appeal denied, with $10 costs and necessary printing disbursements. [See 296 N. Y. 634.]

The People of the State of New York, Respondent, *v.* William Labarge, Appellant.

The People of the State of New York, Respondent, *v.* Lyle McDougall, Appellant.

The People of the State of New York, Respondent, *v.* William Mossaw, Appellant.

The People of the State of New York, Respondent, *v.* Lewis White, Appellant.

The People of the State of New York, Respondent, *v.* Carl Labarge, Appellant.

Submitted November 18, 1946; decided November 27, 1946.

*John J. Livingston, District Attorney,* for motions.
*Allan L. Gurley* opposed.

Motions granted and appeals dismissed.